McMillon, SR, Eric

Claim 000006, Payment 0.54%
Central Financial Control
PO Box 66040
Anaheim, CA 92816

Acct. 407118907

**1977073**

PAY TO THE ORDER OF

United States Bankruptcy Court
LA
500 Poydras St. B-601
New Orleans, LA 70130

07-11637

## BANK OF AMERICA, N.A.

CHECK NUMBER

Barbara Rivera-Fulton, Trustee
P.O. BOX 19980
New Orleans, LA 70179

32-1/1110 TX
0

**1017**

| DATE | AMOUNT |
|---|---|
| 09/15/11 | ***********3.44 |

| CASE NUMBER | ESTATE OF |
|---|---|
| 07-11637   A | Debtor: MCMILLON SR., ERIC |
| | Joint Debtor: MCMILLON, RAVIS |

*Three Dollars And 44/100*

Barbara Rivera-Fulton

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈"001017"⑈ ⑆:111000012⑆: 4437860479"⑈

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 229112   - KW
* * C O P Y * *
September 23, 2011
15:16:46

UNC.UNDER$25
07-11637
Debtor.: ERIC MCMILLON
Trustee: Barbara Rivera-Fulton
Amount.:              $3.44 CH
Check#.: 1017

9/23/11
Deposit to 106000
Due:
Central Financial Control

CVogel

Total-> $3.44

FROM: RIVERA FULTON